ACCEPTED
15-24-00108-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/16/2025 2:13 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00108-CV

**IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS**

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/16/2025 2:13:05 PM
CHRISTOPHER A. PRINE
Clerk

**REGINA CARSON**, *Appellant*
v.
**BLUE CROSS BLUE SHIELD OF TEXAS, INC., a division of HEALTH CARE SERVICE CORPORATION, ANITA C. JOHNSON, YVONNE STERNADEL, LAUREN COLLINS REESER, LAURA M. MCCLELLAND, JANE CORDRAY, JASON RAMIREZ, JENNIFER TRACEY, CHRISTOPHER FLINN, and TEACHERS RETIREMENT SYSTEM OF TEXAS d/b/a TEACHERS RETIREMENT SYSTEM OF TEXAS ACTIVECARE PLAN,** *Appellees*

**On Appeal from the County Court at Law No. 5
of Dallas County, Texas**
Civil Action No. CC-23-02212-E
The Honorable Nicole Taylor, Presiding

**NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION
FOR ATTORNEY SCOTT T. WILLIAMS**

Scott T. Williams
State Bar No. 00791937
scwilliams@crowell.com
Crowell & Moring LLP
3399 Oakleaf Lane
Richardson, Texas 75082
Telephone: 312-379-4204
Facsimile: 312-321-4299

Martin J. Bishop
State Bar No. 24086915
mbishop@crowell.com
Crowell & Moring LLP
455 N. Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, Illinois 60611-5599
Telephone:  312-379-7614
Facsimile:  312-321-4299

*Counsel for BCBSTX Appellees*

**PLEASE TAKE NOTICE THAT** effective immediately, the law firm affiliation and business address for attorney Scott T. Williams has changed from Reed Smith LLP to Crowell & Moring LLP. Mr. Williams will continue to represent Appellees, Blue Cross and Blue Shield of Texas, Inc., Anita C. Johnson, Yvonne Sternadel, Lauren Collins Reeser, Laura M. McClelland, Jane Cordray, Jason Ramirez, and Jennifer Tracey, in the above-referenced cause.

Copies of all motions, briefs, correspondence, and other documents regarding this case should now be forwarded to:

> Scott T. Williams
> CROWELL & MORING, LLP
> 3399 Oakleaf Lane
> Richardson, Texas 75082
> Phone: (312) 379-4204
> Fax: (312) 321-4299
> scwilliams@crowell.com

Respectfully submitted,

*/s/ Scott T. Williams*

Scott T. Williams
State Bar No. 00791937
Crowell & Moring LLP
3399 Oakleaf Lane
Richardson, Texas 75082
Phone: (312) 379-4204
Fax: (312) 321-4299
scwilliams@crowell.com

Martin J. Bishop
State Bar No. 24086915
Crowell & Moring LLP
455 N. Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, Illinois 60611-5599
Phone: (312) 379-7614
Fax: (312) 321-4299
mbishop@crowell.com

*Counsel for Appellees Blue Cross Blue Shield of Texas, an unincorporated division of Health Care Service Corporation, a Mutual Legal Reserve Company, Anita C. Johnson, Laura M. McClelland, Lauren Collins Reeser, Jane Corday, Jason Ramirez, Jennifer Tracey, and Yvonne Sternadel*

**Certificate of Service**

I certify that a true and correct copy of the foregoing NOTICE OF CHANGE

OF ADDRESS AND FIRM AFFILIATION was served on all counsel of record by

electronic filing on this 16th day of September, 2025.

/s/ Scott T. Williams
Scott T. Williams

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Scott Williams on behalf of Scott Tyler Williams
Bar No. 791937
scwilliams@crowell.com
Envelope ID: 105646947
Filing Code Description: Other Document
Filing Description: Notice of Change of Address and Firm Affiliation for Attorney Scott T. Williams
Status as of 9/16/2025 2:32 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brooke Bailey | | bbailey@ticerlaw.com | 9/16/2025 2:13:05 PM | SENT |
| Michelle Smith | | msmith@ticerlaw.com | 9/16/2025 2:13:05 PM | SENT |
| Thomas Bevilacqua | | thomas.bevilacqua@oag.texas.gov | 9/16/2025 2:13:05 PM | SENT |
| Alan York | | ayork@reedsmith.com | 9/16/2025 2:13:05 PM | SENT |
| Mark Ticer | | mticer@ticerlaw.com | 9/16/2025 2:13:05 PM | SENT |
| Jennifer Johnson | | jjohnson@ticerlaw.com | 9/16/2025 2:13:05 PM | SENT |
| Ana Falcon | | afalcon@reedsmith.com | 9/16/2025 2:13:05 PM | SENT |
| Charletta Dawson | | cdawson@reedsmith.com | 9/16/2025 2:13:05 PM | SENT |
| Callie Snider | | csnider@reedsmith.com | 9/16/2025 2:13:05 PM | SENT |
| Scott Williams | | scott.williams@reedsmith.com | 9/16/2025 2:13:05 PM | ERROR |
| Martin Bishop | | mbishop@reedsmith.com | 9/16/2025 2:13:05 PM | ERROR |
| Cheryl Blount | | cblount@reedsmith.com | 9/16/2025 2:13:05 PM | ERROR |
| Carolyn James | | cjames@reedsmith.com | 9/16/2025 2:13:05 PM | ERROR |